S. C., PLAINTIFF-RESPONDENT, v.
A. C., DEFENDANT-APPELLANT.

Superior Court of New Jersey
Appellate Division

Argued April 23, 1974—Decided May 3, 1974.

Before Judges CARTON, LORA and SEIDMAN.

*Mr. Monroe Ackerman* argued the cause for appellant (*Messrs. Rudd and Ackerman,* attorneys; *Mr. Charles E. Carlson, Jr.* on the brief).

*Mr. Everett M. Scherer* argued the cause for respondent (*Messrs. Riker, Danzig, Scherer and Brown,* attorneys; *Mr. Thomas C. C. Humick* on the brief).

PER CURIAM. The judgment of the Chancery Division is affirmed substantially for the reasons expressed in the written opinion of Judge Consodine reported at 123 *N. J. Super.* 566 (Ch. Div. 1973).